# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

               **v.**                                               **Crim. No. 4:08-CR-52-1D**

**CLARENCE MIMS**

On December 21, 2017, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                       I declare under penalty of perjury that the foregoing is true and correct.

                                       /s/ Van R. Freeman, Jr.
                                       Van R. Freeman, Jr.
                                       Deputy Chief U.S. Probation Officer
                                       150 Rowan Street Suite 110
                                       Fayetteville, NC 28301
                                       Phone: 910-354-2542
                                       Executed On: August 31, 2020

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   **2**   day of   **September**  , 2020.

                                                             James C. Dever III
                                                             U.S. District Judge